| | |
|---|---|
| 1 | C. Brandon Wisoff (State Bar No. 121930) |
| | Eric D. Monek Anderson (State Bar No. 320934) |
| 2 | **Farella Braun + Martel LLP** |
| 3 | 235 Montgomery Street, 17th Floor |
| | San Francisco, California 94104 |
| 4 | Telephone:  (415) 954-4400 |
| | Facsimile:   (415) 954-4480 |
| 5 | Email:  emonekanderson@fbm.com |
| | Email:  bwisoff@fbm.com |
| 6 | |
| 7 | Antony L. Ryan (*pro hac vice* application forthcoming) |
| | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| 8 | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| | **Cravath, Swaine & Moore LLP** |
| 9 | New York, NY 10019 |
| | Telephone:  (212) 474-1000 |
| 10 | Facsimile:   (212) 474-3700 |
| | Email:  aryan@cravath.com |
| 11 | Email:  korsini@cravath.com |
| | Email:  bsukiennik@cravath.com |
| 12 | |
| 13 | Attorneys for Defendants Robinhood |
| | Financial LLC, Robinhood Securities, |
| 14 | LLC, Robinhood Markets, Inc., |
| | Robinhood Crypto, LLC |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JEAN-PAUL SALIBA, individually and on behalf of other persons similarly situated, | Case No.: 4:21-cv-00871-HSG |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO EXTEND DEADLINE TO MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |
| ROBINHOOD MARKETS, INC.; ROBINHOOD FINANCIAL LLC, ROBINHOOD SECURITIES, LLC; ROBINHOOD CRYPTO, LLC; and DOES 1-100, | |
| Defendants. | |

1  Plaintiff Jean-Paul Saliba ("Plaintiff") and Defendants Robinhood Financial LLC, Robinhood
2  Securities, LLC, Robinhood Markets, Inc. and Robinhood Crypto, LLC (collectively, "Defendants",
3  and together with Plaintiff, the "Parties"), hereby stipulate and agree as follows:
4  WHEREAS, Plaintiff filed a Complaint on February 3, 2021 (Dkt. No. 1);
5  WHEREAS, Defendants' deadline to move or otherwise respond to the Complaint is
6  currently April 5, 2021;
7  WHEREAS, on February 5, 2021, the plaintiffs in *Cheng et al v. Ally Financial Inc. et al*, 21-
8  cv-00781 (N.D. Cal.), filed a Motion for Transfer of Actions to the Northern District of California
9  Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings ("Motion") with
10 the Judicial Panel on Multidistrict Litigation ("Panel");
11 WHEREAS, on February 9, 2021, the Panel accepted the Motion for filing as *In re January
12 2021 Short Squeeze Trading Litigation* (MDL No. 2989) and ordered an accelerated briefing
13 schedule;
14 WHEREAS, on March 1, 2021, Robinhood Financial LLC, Robinhood Securities, LLC and
15 Robinhood Markets, Inc. filed their response to the Motion and identified a number of additional
16 cases, including the instant action, as tag-along cases for the JPML to consider transferring to a
17 multidistrict litigation (JPML Dkt. No. 166);
18 WHEREAS, a hearing on the Motion before the JPML is scheduled for March 25, 2021;
19 WHEREAS, the Parties want the action to proceed in an orderly and efficient manner;
20 WHEREAS, this is the first extension that has been requested and the Parties have not
21 obtained any previous extensions;
22 WHEREAS, Civil Local Rule 6-1 permits the Parties to "stipulate in writing, without a Court
23 order, to extend the time within which to answer or otherwise respond to the complaint" so long as
24 "the change will not alter the date of any event or any deadline already fixed by Court order";
25 WHEREAS, the Parties have met and conferred and agreed to extend the deadline to move or
26 otherwise respond to the operative Complaint to April 30, 2021, or, if the transfer motion is granted,
27 until the date by which the transferee judge orders Defendants to move or otherwise respond to the
28 Complaint, whichever is later;

WHEREAS, Defendants do not waive, and expressly reserve, all available defenses and challenges to jurisdiction; and

WHEREAS, such a stipulated extension would be without prejudice to Plaintiff.

NOW THEREFORE, the Parties stipulate that:

1. Defendants' deadline to move or otherwise respond to the operative Complaint shall be extended to April 30, 2021, or, if the transfer motion is granted, until the date by which the transferee judge orders Defendants to move or otherwise respond to the Complaint, whichever is later.
2. The Parties may stipulate to a further extension of time to move or otherwise respond to the operative Complaint in this action.
3. Nothing herein shall prevent Defendants from moving for additional time to move or otherwise respond to the operative Complaint.

| | | |
|---|---|---|
| 1 | Dated: March 12, 2021 | By: /s/ C. Brandon Wisoff |
| 2 | | C. Brandon Wisoff (State Bar No. 121930) |
| 3 | | Eric D. Monek Anderson (State Bar No. 320934) |
| | | **Farella Braun + Martel LLP** |
| 4 | | 235 Montgomery Street, 17th Floor |
| 5 | | San Francisco, California 94104 |
| | | Telephone: (415) 954-4400 |
| 6 | | Facsimile: (415) 954-4480 |
| | | Email: bwisoff@fbm.com |
| 7 | | Email: emonekanderson@fbm.com |
| 8 | | Antony L. Ryan (*pro hac vice* application forthcoming) |
| 9 | | Kevin J. Orsini (*pro hac vice* application forthcoming) |
| | | Brittany L. Sukiennik (*pro hac vice* application forthcoming) |
| 10 | | **Cravath, Swaine & Moore LLP** |
| 11 | | New York, NY 10019 |
| | | Telephone: (212) 474-1000 |
| 12 | | Facsimile: (212) 474-3700 |
| 13 | | Email: aryan@cravath.com |
| | | Email: korsini@cravath.com |
| 14 | | Email: bsukiennik@cravath.com |
| 15 | | *Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc. and Robinhood Crypto, LLC* |
| 16 | | |
| 17 | | |
| 18 | Dated: March 12, 2021 | By: /s/ Evan Selik |
| 19 | | Evan Selik (SBN 251039) |
| 20 | | Christine Zaouk (SBN 251355) |
| | | McCATHERN LLP |
| 21 | | 523 W. 6th Street, Suite 830 |
| | | Los Angeles, California 90014 |
| 22 | | (213) 225-6150 / Fax (213) 225-6151 |
| 23 | | eselik@mccathernlaw.com |
| | | czaouk@mccathernlaw.com |
| 24 | | *Counsel for Jean-Paul Saliba* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

|   |   |
|---|---|
| 1 | **ATTESTATION** |
| 2 | I, C. Brandon Wisoff, am the ECF User whose identification and password are being used to file this Stipulation.  In compliance with Local Rule 5-1(i)(3), I attest that concurrence in the filing in this document was obtained from the above signatories. |

Dated:  March 12, 2021                         FARELLA BRAUN + MARTEL LLP

By:   */s/ C. Brandon Wisoff*
           C. Brandon Wisoff

*Counsel for Robinhood Financial LLC, Robinhood Securities, LLC, Robinhood Markets, Inc., Robinhood Crypto, LLC*